UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC SMITH,

    Plaintiff,

  v.

ROGER E. WALKER, JR., IDOC
MEDICAL DIRECTOR, DOCTOR
WAGNER, J.C. WHITE and LARRY
HOPKINS,

    Defendants.

Case No. 04-cv-28-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some claims and having granted the plaintiff's motion for voluntary dismissal of other claims,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Eric Smith's claims against defendants Roger E. Walker, Jr. and Larry Hopkins are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Eric Smith's claims against defendants IDOC Medical Director, Dr. Wagner and J.C. White are dismissed without prejudice.

**DATED:  June 11, 2007**                          **NORBERT JAWORSKI**

                                                                                   s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**